IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02485-REB-KLM

CHRISTOPHER KEOUGH,

    Plaintiff,

v.

BENITA PACKARD, Sgt., and
THE CITY AND COUNTY OF DENVER, COLORADO,

    Defendants.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Stipulated Motion for Protective Order** [#19][1] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#19] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [#19-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: November 1, 2013

---

[1] "[#19]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.