**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02485-REB-KLM

CHRISTOPHER KEOUGH

    Plaintiff

v.

BENITA PACKARD, SGT., AND
THE CITY AND COUNTY OF DENVER, COLORADO

    Defendant

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Adopting Recommendation of the United States Magistrate Judge of Judge Robert E. Blackburn entered on September 15, 2014 it is ORDERED that Defendants' Motion To Dismiss [#29], filed November 25, 2013, is GRANTED; that plaintiff's claims are DISMISSED WITH PREJUDICE; and that Judgment with prejudice is ENTERED on behalf of defendants, Sgt. Benita Packard and The City and County of Denver, against plaintiff, Christopher Keough, on all claims for relief and causes of action asserted in this action.

    Dated at Denver, Colorado this 15th day of September, 2014.

                                        FOR THE COURT:
                                        JEFFREY P. COLWELL, CLERK

By:  s/  A. Lowe
 A. Lowe
 Deputy Clerk